## GRIMES v. STATE.
### No. 24905.

Court of Criminal Appeals of Texas.

May 31, 1950.

## GRIMES v. STATE.
### No. 24906.

Court of Criminal Appeals of Texas.

May 31, 1950.

None on appeal.

A. C. Winborn, Criminal Dist. Atty., Houston, E. T. Branch, Asst. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for burglary, and the penalty assessed is confinement in the state penitentiary for two years.

The indictment and all other matters of procedure appear regular. The record is before us without a statement of facts or bills of exception, in the absence of which nothing is presented for review.

The judgment of the trial court is affirmed.